**705-13**

# ELECTRONIC RECORD

COA # 14-12-01028-CR          OFFENSE: Murder

STYLE: Freddie Orlando Reyes v The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed as Modified          TRIAL COURT: 351st District Court

DATE: 05/30/2013          Publish: No          TC CASE #: 1228962

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: _____          CCA #: **705-13**

_____State's_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

granted & remanded          JUDGE: _____

DATE: April 16, 2014          SIGNED: _____     PC: _____

JUDGE: PC          PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____